## Napier v. Commonwealth.

### (Two cases.)

#### (Decided November 13, 1928.)

### Appeals from Harlan Circuit Court.

F. M. JONES for appellant.

J. W. CAMMACK, Attorney General, and GEO. H. MITCHELL, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY COMMISSIONER STANLEY—
Reversing.

These two appeals will be considered in one opinion. The defendant was convicted under two indictments of violating the prohibition law, which indictments are iden-

tical with that considered in the case of Middleton v. Commonwealth (Ky.) 10 S. W. (2d) ———, this day decided, and both judgments are reversed for the reason stated in that opinion.